| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>McKeown, Mary M | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>08/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U. S. Court of Appeals<br>401 West A Street Suite 2000<br>San Diego CA 92101 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Advisors | RAND Institute for Civil Justice |
| 2. | Board of Advisors | American Judicature Society |
| 3. | Board of Visitors | Georgetown University Law Center |
| 4. | Board of Directors | Association of Business Trial Lawyers - San Diego |
| 5. | Board of Directors | Volunteers of America |
| 6. | Board of Directors | Federal Judges Association |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

DISCLOSURE OFFICE   2008 AUG 19 A 11: 29   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spg/Fall07 | Univ of San Diego Law School - Teaching | $ 20,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self-employed - Consultant |
| 2. 2007 | University of California San Diego - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ASIL | 01/23/07-01/25/07 | Washington, D.C. | Advisory Board Meeting | Transportation, lodging & meals |
| 2. | American Bar Association | 02/08/07-02/11-07 | Miami, Florida | Midyear Meeting | Transportation, lodging & meals |
| 3. | Volunteers of America | 02/24/07 | San Francisco, California | Board Meeting | Local transportation, meals |
| 4. | Federal Judges Association | 05/05/07-05/06/07 | Washington, D.C. | Board Meeting | Transportation, lodging & meals |
| 5. | New York University | 05/20/07-05/29/07 | Shanghai, China | Lecture/teach | Transportation, lodging & meals |
| 6. | Perkins Coie | 06/29/07 | Vancouver, B.C. | Women's Forum | Transportation, lodging & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

| | | | Lecture | |
|---|---|---|---|---|
| 7. | Wyoming State Bar Association | 09/11/07-09/14/07 Jackson Hole, Wyoming | Keynote Address | Transportation, lodging & meals |
| 8. | Georgetown University Law Center | 10/24/07-10/25/07 Washington, D.C. | Board of Visitors Meeting | Partial transportation & lodging |
| 9. | Rand - Institute for Civil Justice | 10/24/07-10/26/07 Washington, D.C | Board Meeting | Partial transportation & lodging |
| 10. | Volunteers of America | 11/02/07-11/04/07 Chicago, Illinois | Board Meeting | Partial transportation & lodging |
| 11. | Amercian Bar Association | 11/02/07-11/04/07 Chicago, Illinois | Committee Meeting | Partial transportation & lodging |
| 12. | Amercian Bar Association | 11/16/07-11/21/07 Buenos Aires, Argentina | World Justice Project Mtg | Transportation, lodging & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SUNTRUST MORTGAGE, INC./CHASE HOME | RESIDENTIAL/RENTAL PROPERTY - SAN FRANCISCO CA | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America #2 | C | Interest | M | T | | | | | |
| 2. Banc of America Investment Services #4 | | | | | | | | | |
| 3. -Cash/Columbia Muni Reserve | | None | | | TRANSFER | 2/1 | L | A | SEE PART VIII FOR DETAIL |
| 4. College Savings Bank - Princeton | C | Interest | K | T | Parital Dist | 7/31 | K | A | |
| 5. Bank of America #7 | | | | | | | | | |
| 6. -Conn. State Bonds | | None | | | Sell | 11/1 | J | A | |
| 7. Lincoln Mutual Insurance | A | Interest | J | T | | | | | |
| 8. Schwab Acct #4 | | | | | | | | | |
| 9. ---AIM VI Tech Fund | | None | J | T | Buy | 1/1 | J | | SEE PART VIII FOR DETAIL |
| 10. -Alger American Growth | | None | J | T | | | | | |
| 11. -American Century VP Intl | | None | J | T | | | | | |
| 12. -Baron Capital Asset | | None | J | T | | | | | |
| 13. -Investco VIP Tech Fund | | None | | | Sell | 1/1 | J | A | SEE PART VIII FOR DETAIL |
| 14. -Schwab S&P 500 Fund | | None | M | T | | | | | |
| 15. Tully's Coffee | | None | J | T | | | | | |
| 16. Washington Mutual Bank | B | Interest | L | T | | | | | |
| 17. Trust #1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Cash (Bank of America) | A | Interest | J | T | | | | | |
| 19. -Fidelity Blue Chip | D | Dividend | K | T | | | | | |
| 20. -Fidelity Discover Fund | A | Dividend | J | T | | | | | |
| 21. -Fidelity Growth & Income | D | Dividend | L | T | | | | | |
| 22. 403b #1- Fidelity Investments | | | | | | | | | |
| 23. -Fidelity Contra | D | Dividend | M | T | | | | | |
| 24. -Fidelity Euro Cap Appr | E | Dividend | M | T | | | | | |
| 25. -Fidelity Select Tech/Puritan | C | Dividend | K | T | | | | | |
| 26. FIDELITY ANNUITY #2 | | | | | | | | | |
| 27. ---FIDELITY VIP CONTRA | | None | K | T | | | | | |
| 28. ---FIDELITY VIP GROWTH | | None | | | SELL | 11/29 | J | C | SEE PART VIII FOR DETAIL |
| 29. ---FIDELITY VIP EQUITY INCOME | | None | J | T | BUY | 12/13 | J | | SEE PART VIII FOR DETAIL |
| 30. PERKINS BUILDING PARTNERSHIP | A | Interest | J | W | | | | | |
| 31. NORTHERN TRUST #1 | | | | | | | | | |
| 32. ---NORTHERN TRUST CHK | A | Interest | J | T | | | | | |
| 33. NORTHERN TRUST #2 | | | | | | | | | |
| 34. ---NORTHERN TRUST MMF | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NORTHERN TRUST #3 | | | | | | | | | |
| 36. ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 37. NORTHERN TRUST #4 | | | | | | | | | |
| 38. ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 39. NORTHERN TRUST #5 | | | | | | | | | |
| 40. ---ABBOTT LAB ABT | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 41. ---ACCENTURE BERMU ACN | A | Dividend | J | T | BUY | 2/22 | J | | |
| 42. ---ADR NOVARTIS NVS | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 43. ---ADR TEVA PHARM TEVA | A | Dividend | | | SELL | 2/22 | J | A | |
| 44. ---ALTRIA GROUP MO | A | Dividend | | | SELL | 2/22 | J | A | |
| 45. ---AMERN INTL GRP AIG | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 46. ---APPLE AAPL | | None | J | T | PARTIAL SALE | 2/22 | J | A | |
| 47. ---ADOBE SYS ADBE | | None | J | T | PARTIAL SALE | 2/22 | J | A | |
| 48. ---BAXTER INTL BAX | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 49. ---BECTON DIECKINSON & CO | A | Dividend | J | T | BUY | 2/22 | J | | |
| 50. ---CATERPILLAR CAT | A | Dividend | | | SELL | 2/22 | J | A | |
| 51. ---CISCO SYS CSCO | | None | J | T | PARTIAL SALE | 2/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. ---DANAHER CORP DHR | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 53. ---DOMINION RES INC VA D | A | Dividend | J | T | | | | | |
| 54. ---DREYFUS INTL EMERG DRFMX | | None | | | SELL | 1/16 | K | D | |
| 55. ---ECOLAB INC ECL | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 56. ---EMERSON ELECT CO. | A | Dividend | J | T | BUY | 2/22 | J | | |
| 57. ---EXELON CORP EXC | A | Dividend | J | T | BUY | 2/22 | J | | |
| 58. ---FBR FDS SMALL CAP FBRVX | | | | | SELL | 1/16 | K | D | |
| 59. ---FBR FDS SMALL CAP FINL FBRSX | | | | | SELL | 1/16 | K | D | |
| 60. ---FORTUNE BRANDS FO | A | Dividend | | | SELL | 2/22 | J | A | |
| 61. ---FRKLN RES INC BEN | A | Dividend | J | T | | | | | |
| 62. ---GENETECH INC DNA | | None | | | SELL | 4/11 | J | A | |
| 63. ---GOLDMAN SACHS GRP GS | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 64. ---HARTFORD FINL SVS HIG | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 65. ---ITT CORP INC ITT | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 66. ---JOHNSON & JOHNSON JNJ | A | Dividend | J | T | | | | | |
| 67. ---JULIUS BAER INTL EQ BJBIX | | None | | | SELL | 1/16 | K | D | |
| 68. ---KELLOGG CO. | A | Dividend | J | T | BUY | 2/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ---MCDONALDS CORP MCD | A | Dividend | J | T | BUY | 2/22 | J | | |
| 70. ---MEDCO HLTH SOLUT MHS | | None | J | T | PARTIAL SALE | 2/22 | J | A | |
| 71. ---MEDTRONIC INC MDT | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 72. ---MFB NORTH CAL MUN MONEY MKT | B | Interest | N | T | | | | | |
| 73. ---MFB NORTH FDS CALIF INTER TAX EXPT NCITX | C | Int./Div. | M | T | | | | | |
| 74. ---MFB NORTH FDS CA TAX EXPT NCATX | C | Int./Div. | M | T | | | | | |
| 75. ---MFB NORTH EMERG MKTS | B | Dividend | K | T | BUY | 2/22 | K | | |
| 76. | | | | | BUY | 2/19 | J | | |
| 77. ---MFB NORTH FDS GLOBAL RE | A | Dividend | L | T | BUY | 2/7 | K | | |
| 78. | | | | | BUY | 2/22 | K | | |
| 79. | | | | | PARTIAL SALE | 12/6 | K | A | |
| 80. ---MFB NORTH HI YIELD FXD INC NHFIX | D | Dividend | L | T | PARTIAL SALE | 12/26 | L | A | |
| 81. ---MFB NORTH FDS INTL GRWTH EQTY NOIGX | D | Dividend | | | SELL | 12/26 | K | A | |
| 82. ---MFB NORTH FDS SML CAP VALUE NOSGX | A | Dividend | | | SELL | 12/26 | J | A | |
| 83. ---MFB NORTH FDS MID CAP GROWTH NOMCX | | None | J | T | | | | | |
| 84. ---MFB NO. MM INTL EQUITY | B | Dividend | L | T | BUY | 2/22 | K | | |
| 85. | | | | | BUY | 12/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ---MFB NO. MM MID CAP | A | Dividend | | | BUY | 2/22 | K | | |
| 87. | | | | | BUY | 12/19 | J | | |
| 88. | | | | | SELL | 12/26 | K | A | |
| 89. ---MFB NO. MM SMALL CAP | A | Dividend | | | BUY | 2/22 | J | | |
| 90. | | | | | BUY | 2/19 | J | | |
| 91. | | | | | SELL | 12/26 | J | A | |
| 92. ---MFC SELECT SECT SPDR TR ENERGY XLE | A | Dividend | K | T | PARTIAL SALE | 2/22 | J | A | |
| 93. ---MFC SELECT SECT SPDR TR FINL XLF | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 94. | | | | | PARTIAL SALE | 12/26 | K | A | |
| 95. ---MFC SELECT SECT SPDR TR SHS BEN MAT XLB | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 96. ---MFC SELECT SCT TR TECH XLK | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 97. ---MFO CREDIT SUISSE COMMIDITY RETURN | A | Dividend | K | T | BUY | 2/07 | K | | |
| 98. | | | | | BUY | 12/11 | J | | |
| 99. ---MFO NE INVS TR SH BEN | | None | | | SELL | 1/16 | K | B | |
| 100. ---MICROCHIP TECH MCHP | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 101. ---MICROSOFT CORP MSFT | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | B | |
| 102. ---MOTOROLA INC MOT | A | Dividend | | | SELL | 2/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ---NUCOR CORP NUE | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 104. ---OLSTEIN ALL CAP VALUE OFAFX | | None | | | SELL | 1/16 | K | B | |
| 105. ---PEPSICO INC PEP | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 106. ---PRINCIPAL FINL GRP PFG | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 107. ---PROCTOR & GAMBLE PG | A | Dividend | J | T | BUY | 2/22 | J | | |
| 108. ---SCHLUMBERGER LTD SLB | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 109. ---SELECT SECT SPDR TR INDL XLI | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 110. ---SELECT SECT SPDR CNSMR DISCRET XLY | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 111. ---STAPLES INC SPLS | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 112. ---STARBUCKS CORP TGT | | None | | | SELL | 2/22 | J | A | |
| 113. | | | | | SELL | 12/26 | J | A | |
| 114. ---T. ROWE PRICE FIN PRISX | | None | | | SELL | 1/16 | J | A | |
| 115. ---TARGET CORP TGT | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 116. ---TEXAS INSTRS INC TXN | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 117. ---TRANSOCEAN INC RIG | | None | J | T | PARTIAL SALE | 2/22 | J | A | |
| 118. | | | | | PARTIAL SALE | 11/27 | J | A | |
| 119. | | | | | PARTIAL SALE | 12/31 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ---UNITED TECH CORP UTX | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 121. ---VERIZON COMM VZ | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 122. ---WACHOVIA CORP WB | A | Dividend | | | BUY | 2/22 | J | | |
| 123. | | | | | SELL | 12/26 | J | A | |
| 124. ---WALGREEN CO WAG | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 125. | | | | | PARTIAL SALE | 12/26 | J | A | |
| 126. NORTHERN TRUST #6 | | | | | | | | | |
| 127. ---ABBOTT LAB ABT | A | Dividend | J | T | BUY | 2/22 | J | | |
| 128. ---ACCENTURE BERM ACN | A | Dividend | J | T | BUY | 2/22 | J | | |
| 129. ---ADOBE | | None | J | T | BUY | 2/22 | J | | |
| 130. ---ADR NOVARIS NVS | A | Dividend | J | T | BUY | 2/22 | J | | |
| 131. ---ADR TEVA PHARM TEVA | A | Dividend | | | SELL | 2/22 | J | | |
| 132. ---ALTRIA GROUP MO | A | Dividend | | | SELL | 2/22 | J | A | |
| 133. ---AMERN INTL GRP AIG | A | Dividend | J | T | BUY | 2/22 | J | | |
| 134. ---APPLE INC AAPL | | None | K | T | BUY | 2/22 | J | | |
| 135. ---BAXTER INTL BAX | A | Dividend | J | T | BUY | 2/22 | J | | |
| 136. ---BECTON DICKINSON & CO. | A | Dividend | J | T | BUY | 2/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  ---CATERPILLAR INC CAT | A | Dividend | | | SELL | 2/22 | J | A | |
| 138.  ---CISCO SYS CSCO | | None | K | T | BUY | 2/22 | J | | |
| 139.  ---DANAHER CORP DHR | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 140.  ---DOMINION RES VA D | A | Dividend | J | T | BUY | 2/22 | J | | |
| 141.  ---ECOLAB INC ECL | A | Dividend | J | T | BUY | 2/22 | J | | |
| 142.  ---EMERSON ELECT CO. | A | Dividend | J | T | BUY | 2/22 | J | | |
| 143.  ---EXELON CORP EXC | A | Dividend | J | T | BUY | 2/22 | J | | |
| 144.  ---FORTUNE BRANDS FO | A | Dividend | | | SELL | 2/22 | J | A | |
| 145.  ---FRNKLN RES INC BEN | A | Dividend | J | T | BUY | 2/22 | J | | |
| 146.  ---GENETECH INC DNA | | None | | | BUY | 2/22 | J | | |
| 147. | | | | | SELL | 4/11 | J | A | |
| 148.  ---GOLDMAN SACHS GRP GS | A | Dividend | J | T | BUY | 2/22 | J | | |
| 149.  ---HARTFORD FINL SVCS HIG | A | Dividend | J | T | BUY | 2/22 | J | | |
| 150.  ---ITT CORP | A | Dividend | J | T | BUY | 2/22 | J | | |
| 151.  ---JOHNSON & JOHNSON JNJ | A | Dividend | J | T | BUY | 2/22 | J | | |
| 152.  ---KELLOGG CO., | A | Dividend | J | T | BUY | 2/22 | J | | |
| 153.  ---MCDONALDS MCD | A | Dividend | J | T | BUY | 2/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  ---MEDCO HLTH SOLUTIONS MHS | | None | J | T | PARTIAL SALE | 2/22 | J | A | |
| 155.  ---MEDTRONICS INC MDT | A | Dividend | J | T | BUY | 2/22 | J | | |
| 156.  ---MFB NORTH EMERG MKTS | B | Dividend | L | T | BUY | 2/22 | K | | |
| 157. | | | | | BUY | 2/19 | J | | |
| 158.  ---MFB NORTH FDS FX INC NOFIX | D | Dividend | N | T | PARTIAL SALE | 2/22 | K | A | |
| 159.  ---MFB NORTH FDS GLOBAL RE | B | Dividend | L | T | BUY | 2/7 | L | | |
| 160. | | | | | BUY | 2/22 | K | | |
| 161. | | | | | BUY | 2/19 | J | | |
| 162.  ---MFB NORTH FDS INTL GRWTH EQ NOIGX | | None | | | SELL | 2/22 | M | E | |
| 163.  ---MFB NORTH FDS SML CAP VALUE NOSGX | | None | | | SELL | 2/22 | K | A | |
| 164.  ---MFB NORTH FDS MID CAP GRWTH NOMCX | | None | | | SELL | 2/22 | K | D | |
| 165.  ---MFB NORTH HI YLD FXD INC NHFIX | D | Dividend | L | T | PARTIAL SALE | 2/7 | L | C | |
| 166. | | | | | PARTIAL SALE | 2/22 | J | A | |
| 167.  ---MFB NO. MM ITL EQUITY | D | Dividend | M | T | BUY | 2/22 | M | | |
| 168. | | | | | BUY | 12/19 | J | | |
| 169.  ---MFB NO. MM MID CAP | B | Dividend | L | T | BUY | 2/22 | L | | |
| 170. | | | | | BUY | 2/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  ---MFB NO. MM SMALL CAP | C | Dividend | K | T | BUY | 2/22 | K | | |
| 172. | | | | | BUY | 12/19 | J | | |
| 173.  ---MFB NORTH MONEY MKT FND | D | Dividend | M | T | | | | | |
| 174.  ---MFC SELECT SECT SPDR ENERGY XLE | A | Dividend | K | T | BUY | 2/22 | J | | |
| 175.  ---MFC SELECT SECT SPDR FINL XLF | A | Dividend | K | T | BUY | 2/22 | J | | |
| 176.  ---MFC SELECT SECT SPDR SHS BEN INT-MAT XLB | A | Dividend | J | T | BUY | 2/22 | J | | |
| 177.  ---MFC SELECT SECT TECH XLK | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 178.  ---MFO CREDIT SUISSE COMMODITY RTN | B | Dividend | K | T | BUY | 2/7 | K | | |
| 179. | | | | | BUY | 12/11 | J | | |
| 180. | | | | | PARTIAL SALE | 2/22 | J | A | |
| 181.  ---MICROCHIP TECH MCHP | A | Dividend | J | T | BUY | 2/22 | J | | |
| 182.  ---MCROSOFT CORP MSFT | A | Dividend | K | T | BUY | 2/22 | J | | |
| 183.  ---MOTOROLA INC MOT | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 184.  ---NUCOR CORP NUE | A | Dividend | J | T | BUY | 2/22 | J | | |
| 185.  ---PEPSI CO INC PEP | A | Dividend | K | T | BUY | 2/22 | J | | |
| 186.  ---PRINCIPAL FINL GRP PFG | A | Dividend | J | T | BUY | 2/22 | J | | |
| 187.  ---PROCTOR & GAMBLE PG | A | Dividend | K | T | BUY | 2/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  NORTHERN TRUST #10 | | None | K | T | TRANSFER | 9/17 | K | | SEE PART VIII FOR DETAIL |
| 206.  CONDO(50%) SAN FRANCISCO CA | D | Rent | O | W | BUY | 1/19 | N | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 -$50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including tr st assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 08/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

LINE 3:  ACCOUNT CLOSED AND FUNDS TRANSFERRED TO NORTHERN TRUST.

LINE 9:  STOCK WAS PURCHASED IN 2000 FROM SALE OF INVESTCO VIP TECH (LINE 13). PRIOR PERIOD ADJUSTMENT

LINE 13:   STOCK WAS SOLD IN 2000 AND AIM VI TECH STOCK WAS PURCHASED (LINE 9).  PRIOR PERIOD ADJUSTMENT

LINE 28:  STOCK WAS SOLD 11/29/2006 AND ANOTHER FIDELITY INVESTMENT WAS PURCHASED THE SAME YEAR.  PRIOR PERIOD ADJUSTMENT.

LINE 29:  STOCK WAS PURCHASED 12/13/2006.  PRIOR PERIOD ADJUSTMENT.

LINE 204: NEW ACCOUNT OPENED.

LINE 205: NEW ACCOUNT OPENED.   LINKED WITH NORTHERN TRUST #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>McKeown, Mary M | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>05/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U. S. Court of Appeals<br>401 West A Street Suite 2000<br>San Diego CA 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Advisors | RAND Institute for Civil Justice |
| 2. | Board of Advisors | American Judicature Society |
| 3. | Board of Visitors | Georgetown University Law Center |
| 4. | Board of Directors | Association of Business Trial Lawyers - San Diego |
| 5. | Board of Directors | Volunteers of America |
| 6. | Board of Directors | Federal Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 MAY 15 P 3: 34 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spg/Fall07 | Univ of San Diego Law School - Teaching | $ 20,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self-employed - Consultant |
| 2. 2007 | University of California San Diego - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ASIL | 01/23/07-01/25/07 | Washington, D.C. | Advisory Board Meeting | Transportation, lodging & meals |
| 2. | American Bar Association | 02/08/07-02/11-07 | Miami, Florida | Midyear Meeting | Transportation, lodging & meals |
| 3. | Volunteers of America | 02/24/07 | San Francisco, California | Board Meeting | Local transportation, meals |
| 4. | Federal Judges Association | 05/05/07-05/06/07 | Washington, D.C. | Board Meeting | Transportation, lodging & meals |
| 5. | New York University | 05/20/07-05/29/07 | Shanghai, China | Lecture/teach | Transportation, lodging & meals |
| 6. | Perkins Coie | 06/29/07 | Vancouver, B.C. | Women's Forum | Transportation, lodging & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

| | | | Lecture | |
|---|---|---|---|---|
| 7. | Wyoming State Bar Association | 09/11/07-09/14/07 Jackson Hole, Wyoming | Keynote Address | Transportation, lodging & meals |
| 8. | Georgetown University Law Center | 10/24/07-10/25/07 Washington, D.C. | Board of Visitors Meeting | Partial transportation & lodging |
| 9. | Rand - Institute for Civil Justice | 10/24/07-10/26/07 Washington, D.C | Board Meeting | Partial transportation & lodging |
| 10. | Volunteers of America | 11/02/07-11/04/07 Chicago, Illinois | Board Meeting | Partial transportation & lodging |
| 11. | Amercian Bar Association | 11/02/07-11/04/07 Chicago, Illinois | Committee Meeting | Partial transportation & lodging |
| 12. | Amercian Bar Association | 11/16/07-11/21/07 Buenos Aires, Argentina | World Justice Project Mtg | Transportation, lodging & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SUNTRUST MORTGAGE, INC./CHASE HOME | RESIDENTIAL/RENTAL PROPERTY - SAN FRANCISCO CA | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America #2 | C | Interest | M | T | | | | | |
| 2. Banc of America Investment Services #4 | | | | | | | | | |
| 3. -Cash/Columbia Muni Reserve | | None | | | TRANSFER | 2/1 | L | A | SEE PART VIII FOR DETAIL |
| 4. College Savings Bank - Princeton | C | Interest | K | T | Parital Dist | 7/31 | K | A | |
| 5. Bank of America #7 | | | | | | | | | |
| 6. -Conn. State Bonds | | None | | | Sell | 11/1 | J | A | |
| 7. Lincoln Mutual Insurance | A | Interest | J | T | | | | | |
| 8. Schwab Acct #4 | | | | | | | | | |
| 9. ---AIM VI Tech Fund | | None | J | T | Buy | 1/1 | J | | SEE PART VIII FOR DETAIL |
| 10. -Alger American Growth | | None | J | T | | | | | |
| 11. -American Century VP Intl | | None | J | T | | | | | |
| 12. -Baron Capital Asset | | None | J | T | | | | | |
| 13. -Investco VIP Tech Fund | | None | | | Sell | 1/1 | J | A | SEE PART VIII FOR DETAIL |
| 14. -Schwab S&P 500 Fund | | None | M | T | | | | | |
| 15. Tully's Coffee | | None | J | T | | | | | |
| 16. Washington Mutual Bank | B | Interest | L | T | | | | | |
| 17. Trust #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    -Cash (Bank of America) | A | Interest | J | T | | | | | |
| 19.    -Fidelity Blue Chip | D | Dividend | K | T | | | | | |
| 20.    -Fidelity Discover Fund | A | Dividend | J | T | | | | | |
| 21.    -Fidelity Growth & Income | D | Dividend | L | T | | | | | |
| 22.    403b #1 - Fidelity Investments | | | | | | | | | |
| 23.    -Fidelity Contra | D | Dividend | M | T | | | | | |
| 24.    -Fidelity Euro Cap Appr | E | Dividend | M | T | | | | | |
| 25.    -Fidelity Select Tech/Puritan | C | Dividend | K | T | | | | | |
| 26.    Perkins Building Partnership | A | Interest | J | W | | | | | |
| 27.    NORTHERN TRUST #1 | | | | | | | | | |
| 28.    ---NORTHERN TRUST CHK | A | Interest | J | T | | | | | |
| 29.    NORTHERN TRUST #2 | | | | | | | | | |
| 30.    ---NORTHERN TRUST MMF | B | Interest | K | T | | | | | |
| 31.    NORTHERN TRUST #3 | | | | | | | | | |
| 32.    ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 33.    NORTHERN TRUST #4 | | | | | | | | | |
| 34.    ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NORTHERN TRUST #5 | | | | | | | | | |
| 36. ---ABBOTT LAB ABT | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 37. ---ACCENTURE BERMU ACN | A | Dividend | J | T | BUY | 2/22 | J | | |
| 38. ---ADR NOVARTIS NVS | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 39. ---ADR TEVA PHARM TEVA | A | Dividend | | | SELL | 2/22 | J | A | |
| 40. ---ALTRIA GROUP MO | A | Dividend | | | SELL | 2/22 | J | A | |
| 41. ---AMERN INTL GRP AIG | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 42. ---APPLE AAPL | | None | J | T | PARTIAL SALE | 2/22 | J | A | |
| 43. ---ADOBE SYS ADBE | | None | J | T | PARTIAL SALE | 2/22 | J | A | |
| 44. ---BAXTER INTL BAX | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 45. ---BECTON DIECKINSON & CO | A | Dividend | J | T | BUY | 2/22 | J | | |
| 46. ---CATERPILLAR CAT | A | Dividend | | | SELL | 2/22 | J | A | |
| 47. ---CISCO SYS CSCO | | None | J | T | PARTIAL SALE | 2/22 | J | A | |
| 48. ---DANAHER CORP DHR | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 49. ---DOMINION RES INC VA D | A | Dividend | J | T | | | | | |
| 50. ---DREYFUS INTL EMERG DRFMX | | None | | | SELL | 1/16 | K | D | |
| 51. ---ECOLAB INC ECL | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---EMERSON ELECT CO. | A | Dividend | J | T | BUY | 2/22 | J | | |
| 53. ---EXELON CORP EXC | A | Dividend | J | T | BUY | 2/22 | J | | |
| 54. ---FBR FDS SMALL CAP FBRVX | | | | | SELL | 1/16 | K | D | |
| 55. ---FBR FDS SMALL CAP FINL FBRSX | | | | | SELL | 1/16 | K | D | |
| 56. ---FORTUNE BRANDS FO | A | Dividend | | | SELL | 2/22 | J | A | |
| 57. ---FRKLN RES INC BEN | A | Dividend | J | T | | | | | |
| 58. ---GENETECH INC DNA | | None | | | SELL | 4/11 | J | A | |
| 59. ---GOLDMAN SACHS GRP GS | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 60. ---HARTFORD FINL SVS HIG | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 61. ---ITT CORP INC ITT | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 62. ---JOHNSON & JOHNSON JNJ | A | Dividend | J | T | | | | | |
| 63. ---JULIUS BAER INTL EQ BJBIX | | None | | | SELL | 1/16 | K | D | |
| 64. ---KELLOGG CO. | A | Dividend | J | T | BUY | 2/22 | J | | |
| 65. ---MCDONALDS CORP MCD | A | Dividend | J | T | BUY | 2/22 | J | | |
| 66. ---MEDCO HLTH SOLUT MHS | | None | J | T | PARTIAL SALE | 2/22 | J | A | |
| 67. ---MEDTRONIC INC MDT | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 68. ---MFB NORTH CAL MUN MONEY MKT | B | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ---MFB NORTH FDS CALIF INTER TAX EXPT NCITX | C | Int./Div. | M | T | | | | | |
| 70. ---MFB NORTH FDS CA TAX EXPT NCATX | C | Int./Div. | M | T | | | | | |
| 71. ---MFB NORTH EMERG MKTS | B | Dividend | K | T | BUY | 2/22 | K | | |
| 72. | | | | | BUY | 2/19 | J | | |
| 73. ---MFB NORTH FDS GLOBAL RE | A | Dividend | L | T | BUY | 2/7 | K | | |
| 74. | | | | | BUY | 2/22 | K | | |
| 75. | | | | | PARTIAL SALE | 12/6 | K | A | |
| 76. ---MFB NORTH HI YIELD FXD INC NHFIX | D | Dividend | L | T | PARTIAL SALE | 12/26 | L | A | |
| 77. ---MFB NORTH FDS INTL GRWTH EQTY NOIGX | D | Dividend | | | SELL | 12/26 | K | A | |
| 78. ---MFB NORTH FDS SML CAP VALUE NOSGX | A | Dividend | | | SELL | 12/26 | J | A | |
| 79. ---MFB NORTH FDS MID CAP GROWTH NOMCX | | None | J | T | | | | | |
| 80. ---MFB NO. MM INTL EQUITY | B | Dividend | L | T | BUY | 2/22 | K | | |
| 81. | | | | | BUY | 12/19 | J | | |
| 82. ---MFB NO. MM MID CAP | A | Dividend | | | BUY | 2/22 | K | | |
| 83. | | | | | BUY | 12/19 | J | | |
| 84. | | | | | SELL | 12/26 | K | A | |
| 85. ---MFB NO. MM SMALL CAP | A | Dividend | | | BUY | 2/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | BUY | 2/19 | J | | |
| 87. | | | | | SELL | 12/26 | J | A | |
| 88. ---MFC SELECT SECT SPDR TR ENERGY XLE | A | Dividend | K | T | PARTIAL SALE | 2/22 | J | A | |
| 89. ---MFC SELECT SECT SPDR TR FINL XLF | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 90. | | | | | PARTIAL SALE | 12/26 | K | A | |
| 91. ---MFC SELECT SECT SPDR TR SHS BEN MAT XLB | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 92. ---MFC SELECT SCT TR TECH XLK | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 93. ---MFO CREDIT SUISSE COMMIDITY RETURN | A | Dividend | K | T | BUY | 2/07 | K | | |
| 94. | | | | | BUY | 12/11 | J | | |
| 95. ---MFO NE INVS TR SH BEN | | None | | | SELL | 1/16 | K | B | |
| 96. ---MICROCHIP TECH MCHP | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 97. ---MICROSOFT CORP MSFT | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | B | |
| 98. ---MOTOROLA INC MOT | A | Dividend | | | SELL | 2/22 | J | A | |
| 99. ---NUCOR CORP NUE | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 100. ---OLSTEIN ALL CAP VALUE OFAFX | | None | | | SELL | 1/16 | K | B | |
| 101. ---PEPSICO INC PEP | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 102. ---PRINCIPAL FINL GRP PFG | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ---PROCTOR & GAMBLE PG | A | Dividend | J | T | BUY | 2/22 | J | | |
| 104. ---SCHLUMBERGER LTD SLB | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 105. ---SELECT SECT SPDR TR INDL XLI | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 106. ---SELECT SECT SPDR CNSMR DISCRET XLY | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 107. ---STAPLES INC SPLS | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 108. ---STARBUCKS CORP TGT | | None | | | SELL | 2/22 | J | A | |
| 109. | | | | | SELL | 12/26 | J | A | |
| 110. ---T. ROWE PRICE FIN PRISX | | None | | | SELL | 1/16 | J | A | |
| 111. ---TARGET CORP TGT | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 112. ---TEXAS INSTRS INC TXN | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 113. ---TRANSOCEAN INC RIG | | None | J | T | PARTIAL SALE | 2/22 | J | A | |
| 114. | | | | | PARTIAL SALE | 11/27 | J | A | |
| 115. | | | | | PARTIAL SALE | 12/31 | J | A | |
| 116. ---UNITED TECH CORP UTX | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 117. ---VERIZON COMM VZ | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 118. ---WACHOVIA CORP WB | A | Dividend | | | BUY | 2/22 | J | | |
| 119. | | | | | SELL | 12/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ---WALGREEN CO WAG | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 121. | | | | | PARTIAL SALE | 12/26 | J | A | |
| 122. NORTHERN TRUST #6 | | | | | | | | | |
| 123. ---ABBOTT LAB ABT | A | Dividend | J | T | BUY | 2/22 | J | | |
| 124. ---ACCENTURE BERM ACN | A | Dividend | J | T | BUY | 2/22 | J | | |
| 125. ---ADOBE | | None | J | T | BUY | 2/22 | J | | |
| 126. ---ADR NOVARIS NVS | A | Dividend | J | T | BUY | 2/22 | J | | |
| 127. ---ADR TEVA PHARM TEVA | A | Dividend | | | SELL | 2/22 | J | | |
| 128. ---ALTRIA GROUP MO | A | Dividend | | | SELL | 2/22 | J | A | |
| 129. ---AMERN INTL GRP AIG | A | Dividend | J | T | BUY | 2/22 | J | | |
| 130. ---APPLE INC AAPL | | None | K | T | BUY | 2/22 | J | | |
| 131. ---BAXTER INTL BAX | A | Dividend | J | T | BUY | 2/22 | J | | |
| 132. ---BECTON DICKINSON & CO. | A | Dividend | J | T | BUY | 2/22 | J | | |
| 133. ---CATERPILLAR INC CAT | A | Dividend | | | SELL | 2/22 | J | A | |
| 134. ---CISCO SYS CSCO | | None | K | T | BUY | 2/22 | J | | |
| 135. ---DANAHER CORP DHR | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 136. ---DOMINION RES VA D | A | Dividend | J | T | BUY | 2/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 '$50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  ---ECOLAB INC ECL | A | Dividend | J | T | BUY | 2/22 | J | | |
| 138.  ---EMERSON ELECT CO. | A | Dividend | J | T | BUY | 2/22 | J | | |
| 139.  ---EXELON CORP EXC | A | Dividend | J | T | BUY | 2/22 | J | | |
| 140.  ---FORTUNE BRANDS FO | A | Dividend | | | SELL | 2/22 | J | A | |
| 141.  ---FRNKLN RES INC BEN | A | Dividend | J | T | BUY | 2/22 | J | | |
| 142.  ---GENETECH INC DNA | | None | | | BUY | 2/22 | J | | |
| 143. | | | | | SELL | 4/11 | J | A | |
| 144.  ---GOLDMAN SACHS GRP GS | A | Dividend | J | T | BUY | 2/22 | J | | |
| 145.  ---HARTFORD FINL SVCS HIG | A | Dividend | J | T | BUY | 2/22 | J | | |
| 146.  ---ITT CORP | A | Dividend | J | T | BUY | 2/22 | J | | |
| 147.  ---JOHNSON & JOHNSON JNJ | A | Dividend | J | T | BUY | 2/22 | J | | |
| 148.  ---KELLOGG CO., | A | Dividend | J | T | BUY | 2/22 | J | | |
| 149.  ---MCDONALDS MCD | A | Dividend | J | T | BUY | 2/22 | J | | |
| 150.  ---MEDCO HLTH SOLUTIONS MHS | | None | J | T | PARTIAL SALE | 2/22 | J | A | |
| 151.  ---MEDTRONICS INC MDT | A | Dividend | J | T | BUY | 2/22 | J | | |
| 152.  ---MFB NORTH EMERG MKTS | B | Dividend | L | T | BUY | 2/22 | K | | |
| 153. | | | | | BUY | 2/19 | J | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  ---MFB NORTH FDS FX INC NOFIX | D | Dividend | N | T | PARTIAL SALE | 2/22 | K | A | |
| 155.  ---MFB NORTH FDS GLOBAL RE | B | Dividend | L | T | BUY | 2/7 | L | | |
| 156. | | | | | BUY | 2/22 | K | | |
| 157. | | | | | BUY | 2/19 | J | | |
| 158.  ---MFB NORTH FDS INTL GRWTH EQ NOIGX | | None | | | SELL | 2/22 | M | E | |
| 159.  ---MFB NORTH FDS SML CAP VALUE NOSGX | | None | | | SELL | 2/22 | K | A | |
| 160.  ---MFB NORTH FDS MID CAP GRWTH NOMCX | | None | | | SELL | 2/22 | K | D | |
| 161.  ---MFB NORTH HI YLD FXD INC NHFIX | D | Dividend | L | T | PARTIAL SALE | 2/7 | L | C | |
| 162. | | | | | PARTIAL SALE | 2/22 | J | A | |
| 163.  ---MFB NO. MM ITL EQUITY | D | Dividend | M | T | BUY | 2/22 | M | | |
| 164. | | | | | BUY | 12/19 | J | | |
| 165.  ---MFB NO. MM MID CAP | B | Dividend | L | T | BUY | 2/22 | L | | |
| 166. | | | | | BUY | 2/19 | J | | |
| 167.  ---MFB NO. MM SMALL CAP | C | Dividend | K | T | BUY | 2/22 | K | | |
| 168. | | | | | BUY | 12/19 | J | | |
| 169.  ---MFB NORTH MONEY MKT FND | D | Dividend | M | T | | | | | |
| 170.  ---MFC SELECT SECT SPDR ENERGY XLE | A | Dividend | K | T | BUY | 2/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ---MFC SELECT SECT SPDR FINL XLF | A | Dividend | K | T | BUY | 2/22 | J | | |
| 172. ---MFC SELECT SECT SPDR SHS BEN INT-MAT XLB | A | Dividend | J | T | BUY | 2/22 | J | | |
| 173. ---MFC SELECT SECT TECH XLK | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 174. ---MFO CREDIT SUISSE COMMODITY RTN | B | Dividend | K | T | BUY | 2/7 | K | | |
| 175. | | | | | BUY | 12/11 | J | | |
| 176. | | | | | PARTIAL SALE | 2/22 | J | A | |
| 177. ---MICROCHIP TECH MCHP | A | Dividend | J | T | BUY | 2/22 | J | | |
| 178. ---MCROSOFT CORP MSFT | A | Dividend | K | T | BUY | 2/22 | J | | |
| 179. ---MOTOROLA INC MOT | A | Dividend | J | T | PARTIAL SALE | 2/22 | J | A | |
| 180. ---NUCOR CORP NUE | A | Dividend | J | T | BUY | 2/22 | J | | |
| 181. ---PEPSI CO INC PEP | A | Dividend | K | T | BUY | 2/22 | J | | |
| 182. ---PRINCIPAL FINL GRP PFG | A | Dividend | J | T | BUY | 2/22 | J | | |
| 183. ---PROCTOR & GAMBLE PG | A | Dividend | K | T | BUY | 2/22 | J | | |
| 184. ---SCHLUMBERGER LTD SLB | A | Dividend | K | T | PARTIAL SALE | 2/22 | J | A | |
| 185. ---SELECT SECT SPDR INDL XLI | A | Dividend | K | T | BUY | 2/22 | J | | |
| 186. ---STAPLES INC SPLS | A | Dividend | J | T | BUY | 2/22 | J | | |
| 187. ---SELECT SECT SPDR CNSMR DISCR XLY | A | Dividend | J | T | BUY | 2/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ---STARBUCKS CORP SBUX | | None | J | T | BUY | 2/22 | J | | |
| 189. ---TARGET CORP TGT | A | Dividend | J | T | BUY | 2/22 | J | | |
| 190. ---TEXAS INSTRS TXN | A | Dividend | J | T | BUY | 2/22 | J | | |
| 191. ---TRANSOCEAN INC RIG | | None | J | T | BUY | 2/22 | J | | |
| 192. ---UNITED TECH CORP UTX | A | Dividend | J | T | BUY | 2/22 | J | | |
| 193. ---VERIZON COMM VZ | A | Dividend | J | T | BUY | 2/22 | J | | |
| 194. ---WACHQVIA CORP WB | A | Dividend | J | T | BUY | 2/22 | J | | |
| 195. ---WALGREEN CO WAG | A | Dividend | J | T | BUY | 2/22 | J | | |
| 196. NORTHERN TRUST #7 | | | | | | | | | |
| 197. ---TEMPLETON FOREIGN CL A | D | Dividend | L | T | | | | | |
| 198. NORTHERN TRUST #8 | | | | | | | | | |
| 199. ---AMERICAN BALANCED CL A | B | Dividend | K | T | | | | | |
| 200. NORTHERN TRUST #9 | A | Interest | J | T | DEPOSIT CHKS | 9/18 | J | | SEE PART VIII FOR DETAIL |
| 201. NORTHERN TRUST #10 | | None | K | T | TRANSFER | 9/17 | K | | SEE PART VIII FOR DETAIL |
| 202. CONDO(50%) SAN FRANCISCO CA | D | Rent | O | W | BUY | 1/19 | N | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

LINE 3: ACCOUNT CLOSED AND FUNDS TRANSFERRED TO NORTHERN TRUST.

LINE 9: STOCK WAS PURCHASED IN 2000 FROM SALE OF INVESTCO VIP TECH (LINE 13). PRIOR PERIOD ADJUSTMENT

LINE 13: STOCK WAS SOLD IN 2000 AND AIM VI TECH STOCK WAS PURCHASED (LINE 9). PRIOR PERIOD ADJUSTMENT

LINE 200: NEW ACCOUNT OPENED.

LINE 201: NEW ACCOUNT OPENED. LINKED WITH NORTHERN TRUST #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544